9/08/09 10:34AM

B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
### Eastern District of North Carolina

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **HFM Spa Management Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): <br> **DBA Medspa Creedmoor; DBA Iatria; DBA Iatria Cary; DBA Iatria Downtown Raleigh; DBA Iatria Wakefield** | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) <br> **56-2136633** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **Attn: David Mangrum** <br> **8020 Creedmoor Road** <br> **Raleigh, NC**      ZIP Code **27613** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Wake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | **1320 Falls of the Neuse Road, Raleigh, NC 27614** <br> **2058 Renaissance Park, Cary, NC 27513** <br> **Raleigh, NC 27614** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**HFM Spa Management Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)           (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**HFM Spa Management Corporation**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Terri L. Gardner**
Signature of Attorney for Debtor(s)

**Terri L. Gardner 9809**
Printed Name of Attorney for Debtor(s)

**Nelson Mullins Riley & Scarborough LLP**
Firm Name

**4140 Parklake Avenue**
**GlenLake One, 2nd Floor**
**Raleigh, NC 27612**
Address

Email: terri.gardner@nelsonmullins.com
**(919) 329-3882  Fax: (919) 329-3799**
Telephone Number

**September  8, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ David Mangrum**
Signature of Authorized Individual

**David Mangrum**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September  8, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Adcart
Post Office Box 5990
Valencia, CA 91385-5990

Amy Pfanmiller
2300 Bernard Street
Raleigh, NC 27608

B&G Organics
Post Office Box 3167
Pinehurst, NC 28374

Adrian Greene
900 Ledgerock Road
Wake Forest, NC 27587

Anastasia Hayes
108 Saranac Ridge Drive
Holly Springs, NC 27540

Barbara Foulkrod
8617 Gleneagles Way
Raleigh, NC 27613

ADT Security Service
2530 Whitehall Park Drive
Suite 500
Charlotte, NC 28273-3989

Angela Richardson
8829 Thornton Town Place
Raleigh, NC 27616

Barbara J. Taylor
647 Olympic Trail
Garner, NC 27529

Alissa Romoda
10320 Ash Hollow Drive
Apartment 107
Raleigh, NC 27617

Anne Tekmen
7301 Forest Glade Court
Raleigh, NC 27615

Barbara Suddueth
11224 Hickory Grove Church Road
Raleigh, NC 27613

Allergan
12975 Collections Center Drive
Chicago, IL 60693

April Stapleton
10539 Byrum Woods
Raleigh, NC 27613

BB&T Bankcard Corporation
Post Office Box 580363
Charlotte, NC 28258-0363

Allin Foulkrod
2817 Hawtree Drive
Raleigh, NC 27613

Arboretum at Weston (H20)
Arboretum At Weston Holdings, LLC
Post Office Box 905740
Charlotte, NC 28290-0574

BB&T Equipment Finance
Aesthera Laser
5130 parkway Plaza Boulevard
Charlotte, NC 28217

Amanda Swearingen
6409 Mountain Oaks Way
Wake Forest, NC 27587

Arboretum at Weston Holdings LLC
c/o Plaza Associates, Inc.
Post Office Box 905740
Charlotte, NC 28290-0574

Becky Enterline
9825 Koupela Drive
Raleigh, NC 27614

Amy Bragg
3608 Fernwood Drive
Raleigh, NC 27612

AT&T Advertising & Publishing
Post Office Box 105024
Atlanta, GA 30348-5024

Betsy Sharpe
13100 Townfield Drive
Raleigh, NC 27614

Amy Mayhew
Post Office Box 956
Youngsville, NC 27596

Audrey Darby
3213 Birnamwood Road
Raleigh, NC 27607

Betty Bright
Post Office Box 656
Wake Forest, NC 27588

BioForm Medical  
4133 Courtney Road, #10  
Franksville, WI 53126

Casey Novak  
5801 Magellan Way  
Raleigh, NC 27612

COECO Office Systems  
Post Office Box 2607  
Greenville, NC 27836

Bob Hedrick  
726 Lawham Place  
Raleigh, NC 27615

Cathy Johnson  
156 Prestonian Place  
Morrisville, NC 27560

Collection Services, Inc.  
Post Office Box 3161  
Cary, NC 27519-3161

Branch Bank & Trust Company  
c/o David Dillon  
434 Fayetteville Street, 4th Floor  
Raleigh, NC 27601

Cecilia Mena-ariz  
3212 Lakeside View Court  
Cary, NC 27513

Commercial Equipment Lease Corp  
Post Office Box 11826  
Eugene, OR 97440

Brandi Finnerty  
1101 Pine Winds Drive  
Apt. 202  
Raleigh, NC 27603

Cheryl Jackson  
4213 Falls Rive Avenue  
Raleigh, NC 27614

Crystal Tant  
641 Upchurch Street  
Apartment G  
Apex, NC 27502

Brenda Kinton  
Post Office Box 696  
Youngsville, NC 27596

Chris Collins  
12505 Richmond Run Drive  
Raleigh, NC 27614

Cynthia Elkins  
12228 North Exeter Way  
Durham, NC 27703

Business Leader Holdings  
Dept. 930  
Post Office Box 1070  
Charlotte, NC 28201-1070

Cigdem Hundhausen  
4416 Vienna Crest Drive  
Raleigh, NC 27613

Danica Maritzer  
12363 Honeychurch Street  
Raleigh, NC 27614

Carol Bumpass  
7009 Daniel Road  
Wake Forest, NC 27587

CJMS  
1401 S. Bloodworth Street  
Raleigh, NC 27610-3901

Daniel Hatton  
8532 Holdenby Trail  
Raleigh, NC 27616

Carol Mount  
1977 Sadler Avenue  
Creedmoor, NC 27522

Clifton Alphin  
4085 US 301 South  
Dunn, NC 28334

Danielle Todaro  
9021 Adamston Drive  
Raleigh, NC 27613

Carolina Boykin  
713-303 Royal Anne Lane  
Raleigh, NC 27615

COECO Financial Services  
1310 Madrid Street  
Suite 101  
Marshall, MN 56258

David Mangum  
10210 Falls Mill Drive  
Unit 102  
Raleigh, NC 27614

Dayna Rossi
9240 Palm Bay Circle
Raleigh, NC 27617

First Leasing Company, Inc.
Post Office Box 31364
Raleigh, NC 27622

Heather Ruscello
8219 Belneath Court
Raleigh, NC 27613

DDR Southeast Wakefield LLC
Dept #1081253021817777
4687 Payshphere Circle
Chicago, IL 60674

Francine Rodgers
4130 Deep Hollow Drive
Raleigh, NC 27612

Ilana Hodsdon
912 Sugar Gap Road
Unit 207
Wake Forest, NC 27587

Demont Ingram
5319 Forestville Road
Raleigh, NC 27604

Gary Barnett
204 Bordeaux Lane
Cary, NC 27511

Independent Weekly
Post Office Box 2690
Durham, NC 27715

Dene Lee
2804 Drag Court
Raleigh, NC 27613

Ginni Seippel
5820 Cameo Glass Way
Raleigh, NC 27612

Irwin Business Finance Corp.
330 120th Avenue NE
Suite 110
Bellevue, WA 98005

Diane Penny
11113 Woodmont Drive
27613

Grace Gunderson-Falcone
4101 Five Oaks Drive
#5-A
Durham, NC 27707

Isabelle Unger
205 Tibbetts Rock
Cary, NC 27513

Dorothy Bowman
1007 Jones Wynd
Wake Forest, NC 27587

Gray and Creech (Ohio)
Post Office Box 644006
Cincinnati, OH 45264-4006

Jacqui Harrison
6637 Keystone Drive
Raleigh, NC 27612

Environmental Control
Post Office Box 40967
Raleigh, NC 27629

Gray and Creech (Raleigh)
Post Office Box 31364
Raleigh, NC 27622

James Gerdts
12319 Canolder Street
Raleigh, NC 27614

Erika Mangum
Old N. Hampton
Raleigh, NC 27613

Greetings To You LLC
Post Office Box 260
Wake Forest, NC 27588

Jan Beresford
3320 Canoe Brook
Raleigh, NC 27614

Erin Farmer
1201 Westview Lane
Apt. 305
Raleigh, NC 27605

Heather Kuhn
809 N. Main Street
Holly Springs, NC 27540

Jane Young
617 Brittany Bay
Raleigh, NC 27614

| | | |
|---|---|---|
| Janet Leath<br>5937 Johnson Pond Road<br>Fuquay Varina, NC 27526 | Jo Naglich<br>8304 Castine Court<br>Raleigh, NC 27613 | Katherine Mack<br>4508 Fortingale Circle<br>Raleigh, NC 27613 |
| Jason Wilburn<br>311 Wavery Hills Drive<br>Cary, NC 27511 | Joann Keyton<br>109 Castleton Drive<br>Cary, NC 27511 | Katherine Parent<br>628 Carrington lane<br>Winterville, NC 28590 |
| Jean Graf<br>1104 Mensey Lane<br>Raleigh, NC 27615 | Jodi Lafreniere<br>2308 Narrawood Street<br>Raleigh, NC 27614 | Kathryn Shores<br>3928 Landover Lane<br>Raleigh, NC 27616 |
| Jennifer Hines<br>216 Brandon Court<br>Raleigh, NC 27609 | Jodi Riedel<br>1362 Tarboro Road<br>Youngsville, NC 27596 | Kathy Beetham<br>4700 Norbury Place<br>Raleigh, NC 27614 |
| Jennifer Lantry<br>300 Shearwater Drive<br>Apartment J<br>Durham, NC 27713 | John Riddle<br>3309 Leonard Street<br>Raleigh, NC 27609 | Katyna Esoda<br>12408 Tappies Fieto<br>Raleigh, NC 27613 |
| Jennifer Peth<br>Post Office Box 10562<br>Raleigh, NC 27605 | Joshua Hamilton<br>1503 Kendall Drive<br>Durham, NC 27703 | Kay Suh<br>1060 Silverleaf Drive<br>Youngsville, NC 27596 |
| Jennifer Shumaker<br>6421 Secret Drive<br>Raleigh, NC 27612 | Julie White<br>2504 Ferdinand Drive<br>Knightdale, NC 27545 | Kimberly Rosenberg<br>3131 Briar Stream Drive<br>Raleigh, NC 27612 |
| Jenny Edwards<br>803 E. Mason Street<br>Franklinton, NC 27525 | June Atkinson<br>3913 Sunset Maple Court<br>Raleigh, NC 27612 | Kristen Blomberg<br>2704 Purnell Road<br>Wake Forest, NC 27587 |
| Jill Wright<br>5613 Calton Drive<br>Raleigh, NC 27612 | Karen Weiss<br>633 Fleming Road<br>Youngsville, NC 27596 | LaRee Johnson<br>13219 Canolder Street<br>Wake Forest, NC 27587 |

Lauren Edmond
11121 Crestmont Drive
Raleigh, NC 27613

Lynn Ransom
8509 Conttontail Court
Wake Forest, NC 27587

Michelle Starbuck
2909 Spaldwick Courts
Raleigh, NC 27613

Laurie Zidar
107 Baltica Court
Cary, NC 27511

Margit Williford
4209 Crescent Ridge Drive
Wake Forest, NC 27587

Mint Condition
1000 CentreGreen Way
Suite 200
Cary, NC 27513

Lawanda Sims
530 Pine Ridge Place
Raleigh, NC 27609

Medical Arts Press
Post Office Box 37647
Philadelphia, PA 19101-0647

Mona Henderson
3421 Suncrest Village Lane
Raleigh, NC 27616

Linda Kops
2610 Oldgate Drive
Unit 103
Raleigh, NC 27604

Meg Deal
3805 Lake Ferry Drive
Raleigh, NC 27606

Muzak
Post Office Box 71070
Charlotte, NC 28272-1070

Linda Pelak
6040 Over haddon Port
Raleigh, NC 27614

Meri Martin
213 Cricket Hollow Run
Clayton, NC 27520

Nancy VanDeVelde
2701 Stratford Hall Drive
Raleigh, NC 27614

Lisa Dloughy
154 Dogwood Lane
Wake Forest, NC 27587

Michele Garrin
7532 Silver View Lane
Raleigh, NC 27613

National City Commerical Capital C
995 Dalton Avenue
Cincinnati, OH 45202

Lisa Esquivel-Clark
30 Sycamore Ridge Road
Louisburg, NC 27549

Michelle Craddock
4604-205 Baymor Drive
Raleigh, NC 27613

Neal Branski
10605 Dunhill Terrace
Raleigh, NC 27615

Lisa Scotto
1313 Sherehall Park Lane
Wake Forest, NC 27587

Michelle Fisher
4 Stradbrooke Court
Durham, NC 27705

Nina Cooper
2609 Cherry Creek Drive
Durham, NC 27703

Long Life Lighting
Post Office Box 91057
Raleigh, NC 27675

Michelle Marslender
7232 Racine Way
Raleigh, NC 27615

Obagi Medical Products
Post Office Box 513146
Los Angeles, CA 90051-1146

On Deck Captial
1556 Third Avenue
Suite 408
New York, NY 10128

Pranee Messer
4709 Royal Troom Drive
Raleigh, NC 27604

Regina Ugrinsky
126 Collinton Drive
Cary, NC 27511

One Source Communications
Post Office Box 8385
Greenville, NC 27835

Preeta Kuhlman
11921 North Exeter Way
Raleigh, NC 27613

Renee Keever
112 Beech Forest Court
Cary, NC 27513

Patricia Malara
8600 Brittdale Lane
Raleigh, NC 27617

Premium Assignment Corporation
Post Office Box 79153
Baltimore, MD 21279-0153

Rhonda Robinson
136 East Fleming Farm Drive
Youngsville, NC 27596

Paula Alston
7220 Berkshire Downs Drive
Raleigh, NC 27616

Primepay
1487 Dunwoody Drive
West Chester, PA 19380

Rita Wainright
1822 Natalie Brook Way
Raleigh, NC 27609

Peche de Chocolat
305 S. Blount Street
Raleigh, NC 27601

Progress Energy Service Company
110 East Davie Street
Raleigh, NC 27601

Ron Wages
2320 Wakefield Plantation Drive
Raleigh, NC 27614

Photomedex, Inc.
Post Office Box 8500-3461
Philadelphia, PA 19178-3461

Purchase Power
Post Office Box 856042
Louisville, KY 40285-6042

Sam Hedrick
726 Lawham Place
Raleigh, NC 27615

Piedmont Air Conditioning
1031 Nowell Road
Raleigh, NC 27607

Quinchelle Nelson
3901 Julie Court
Raleigh, NC 27613

Samantha Graupman
25 Shellcross Court
Youngsville, NC 27596

Pitney Bowes
Post Office Box 856460
Louisville, KY 40285-6460

Rebecca Rothney
7604 The Pointe
Raleigh, NC 27615

Sandra Herr
7700 Foxwood Drive
Raleigh, NC 27615

Poyner & Spruill LLP
Post Office Box 10096
Raleigh, NC 27605-0096

Regency Office Products
5505 Creedmoor Road
Suite 220
Raleigh, NC 27612

Sandra Yates
686 Fleming Road
Youngsville, NC 27596

Sarah A. Thomas
103 Muscadine Court
Durham, NC 27703

Stericycle
Post Office Box 9001590
Louisville, KY 40290-1590

Tia O'Neal
12200 Oakwood View Drive
Raleigh, NC 27614

Sarah Fuller
1113 Holburn Place
Raleigh, NC 27610

Steven Fice
304_B Carlina Avenue
Raleigh, NC 27606

Tim Kuhlman
11921 North Exeter Way
Raleigh, NC 27613

Sayaka Watanabe
3036 Homebrook Lane
Morrisville, NC 27560

Sue Daubenspeck
7401 Tynewind Drive
Wake Forest, NC 27587

Traci Gottlieb
105 Rose Common Sourt
Garner, NC 27529

Sherbourne Investment Group
c/o David Cox
4950 Sea Watch Drive
Fernandina Beach, FL 32034

Sunbelt Security
Post Office Box 10581
Raleigh, NC 27605

TrustAtlantic Bank
c/o Tom Quinn
6131 Falls of Neuse Road, Suite 3
Raleigh, NC 27609

Shred-It North Carolina
Post Office Box 669
Alamance, NC 27201-0669

Susquehanna Commercial Finance
1566 Medical Drive
Suite 201
Pottstown, PA 19464

Vicki Liverman
9004 Cascade Creek Court
Wake Forest, NC 27587

Skin Ceuticals
3401 W. Miller Road
Garland, TX 75041-6114

Suzanne Tornvall-Sager
8400 Fiountain Park Drive
Raleigh, NC 27613

Vicki Radcliffe
2424 Hagney Street
Raleigh, NC 27614

Smith Exterminating
Post Office Box 33703
Raleigh, NC 27636

Tammy Faison
2928 NC Highway 98 West
Louisburg, NC 27549

Victoria Rittenhouse
307 Silvercliff Trail
Cary, NC 27513

Stacy Mangum
3600 Brackenridge Lane
Fuquay Varina, NC 27526

TDS Linen Service
c/o Magnolia Financial Inc.
Post Office Box 890995
Charlotte, NC 28289

VisionPoint Marketing
2443 Lynn Road
Suite 108
Raleigh, NC 27612

Staples Busines Advantage
Dept. ATL
Post Office Box 405386
Atlanta, GA 30384-5386

Thomas Canady
100 Twilight Court
Cary, NC 27513

Waste Industries
3741 Conquest Drive
Garner, NC 27529-9487

WBBB-FM Carolina Media Group
3012 Highwoods Boulevard
Suite 200
Raleigh, NC 27604


Williams Overman Pierce, LLP
2501 Atrium Drive
Suite 500
Raleigh, NC 27607


Ying Lao
2127 Winter Walk
Morrisville, NC 27560